UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN JAMES MCBRIDE,

               Plaintiff,

     -against-

UNITED HEALTH GROUP,
INCORPORATED, ET AL.,

              Defendants.

26 CIVIL 003226 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

     SO ORDERED.

Dated:   May 22, 2026
         New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                      Chief United States District Judge